RODNEY OWEN SKURDAL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent
Skurdal v. Comm'r
Docket No. 20448-11L.
United States Tax Court
2012 U.S. Tax Ct. LEXIS 34; January 13, 2012, Decided
*34 Petitioner, Pro se.
For Respondent: Ashford, Craig A., Salt Lake City, UT; Burnett, Charles B., Salt Lake City, UT.
John O. Colvin, Chief United States District Judge.
John O. Colvin
ORDER
Upon due consideration of respondent's Motion to Dismiss for Lack of Jurisdiction, filed November 15, 2011, it is
ORDERED that this case is assigned to Special Trial Judge Lewis R. Carluzzo solely for the purpose of disposing of the above-referenced motion.
(Signed) John O. Colvin
Chief Judge
Dated: Washington, D.C.
January 13, 2012